CHARLES G. LANDON et al., as Executors, etc., Appellants, *v.*
MARY N. TOWNSHEND et al., Respondents.

(Argued May 23, 1892; decided June 7, 1892.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made March 31, 1892,
which affirmed an order of Special Term which vacated a
judgment in favor of plaintiffs and granted a new trial.

*E. H. Landon* for appellants.

*John Townshend* for respondents,

Agree to affirm; no opinion.
All concur.
Order affirmed.  _____

ALFRED FATMAN, Respondent, *v.* SOLOMON J. FATMAN, Indi
vidually and as Executor, etc., Appellant.

(Argued May 23, 1892; decided June 7, 1892.)

APPEAL from order of the General Term of the Court of
Common Pleas in and for the city and county of New York,
made May 2, 1892, which affirmed an order of Special Term
denying a motion to vacate an order for the examination of
defendant as a party before trial.

*J. A. Shoudy* for appellant.

*William J. Hardy* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.